# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TONOPAH SOLAR ENERGY, LLC, | : | Bankruptcy Case No. 20-11884 (KBO) |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | : | |
| TONOPAH SOLAR ENERGY, LLC, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C. A. No. 21-219-MN |
| | : | |
| CMB EXPORT, LLC, | : | |
| | : | |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **23rd** day of **March, 2021**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

On March 10, 2021, the parties to this appeal timely provided a joint response to

this Court's Order of February 24, 2021 regarding mandatory mediation for Bankruptcy Court appeals.[1]  Appellees and Appellant are in agreement that this appeal is not appropriate for mandatory mediation since it involves primarily legal issues.  Appellant asserts that The Bankruptcy Court erred in entering the Abstention Order for several reason.  Appellees disagree for reasons directly opposite to the Appellant.  The Appeal Parties previously attempted to mediate other issues relating to Appellant's chapter 11 plan of reorganization and such attempts were unsuccessful.  The Appeal Parties request that, due to the nature of the relief granted by the Bankruptcy Court and the issues on appeal, that this matter be removed from mandatory mediation.

The Appeal Parties further request that the following briefing schedule be entered:

| | |
|---|---|
| Appellant's Opening Brief | No later that 30days after entry of the Court's order accepting this Recommendation removing this matter from mediation |
| Appellees' Answering Brief | No later than 30 days after the filing of the Opening Brief |
| Appellant's Reply Brief | No later than 14 days after filing of the Answering Brief |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  No objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV.

---

[1] Consistent with this Court's order, the Parties responsive letter was not docketed.

P. 72(a) and D. DEL. LR 72.1 are anticipated since it is consistent with the Appeal Parties' request.

    Local counsel are obligated to inform out-of-state counsel of this Order.

                                          /s/ Mary Pat Thynge
                                          Chief U.S. Magistrate Judge Mary Pat Thynge