IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: TONOPAH SOLAR ENERGY, LLC | ) ) ) ) ) ) | Chapter 11<br><br>Case No. 20-11884 (KBO) |
| Debtor. | ) ) | |
| TONOPAH SOLAR ENERGY, LLC, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | C.A. No. 21-219 (MN) |
| CMB EXPORT, LLC, | ) ) ) | |
| Appellee. | ) | |

**<u>ORDER</u>**

At Wilmington, this 24th day of March 2021,

WHEREAS, on March 23, 2021, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 8) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' request (D.I. 8 at 2-3); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 8 at 2):

Appellants' Opening Brief – No later than April 23, 2021

Appellees' Answering Brief –No later than May 24, 2021

Appellants' Reply Brief –No later than June 7, 2021.

_____
The Honorable Maryellen Noreika
United States District Court